[Cite as *Masters v. Pub. Records Office of Univ. Compliance & Integrity*, 2024-Ohio-3378.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| AARON DAVID MASTERS | Case No. 2024-00139PQ |
| Requester | Judge Lisa L. Sadler |
| v. | <u>JUDGMENT ENTRY</u> |
| PUBLIC RECORDS-OFFICE OF UNIVERSITY COMPLIANCE AND INTEGRITY | |
| Respondent | |

{¶1} In this public-records case, a Special Master has issued a Report and Recommendation (R&R). The Special Master recommends that judgment be entered for Respondent and that Requester bear the costs of this case. (R&R, 1, 3.)

{¶2} Neither Requester nor Respondent has filed timely written objections to the Report and Recommendation in accordance with R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects, then this Court "shall promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation." Upon independent review, the Court finds that there is no error of law or other defect evident on the face of the Report and Recommendation. The Court adopts the Report and Recommendation.

{¶3}  In accordance with the Special Master's recommendations, judgment is entered in favor of Respondent.  Court costs are assessed to Requester.  The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

LISA L. SADLER
Judge

Filed August 1, 2024
  Sent to S.C. Reporter 9/3/24